IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FELICE IMMORDINO | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BUCKS COUNTY COMMUNITY COLLEGE, et al. | : | NO. 14-1736 |

O R D E R

AND NOW, this 5th day of January, 2015, upon consideration of Defendants' Motion for Summary Judgment in this action, docketed as Document No. 24, and Plaintiff's response thereto, as well as subsequent pleadings, and for the reasons set forth in the accompanying Opinion, I hereby ORDER that Defendants' Motion for Summary Judgment is DENIED.

BY THE COURT

/s/Jacob P. Hart
_____
JACOB P. HART
UNITED STATES MAGISTRATE JUDGE