IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FELICE IMMORDINO | : | |
| | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BUCKS COUNTY COMMUNITY COLLEGE | : | NO.   14-1736 |
| | : | |

## CIVIL JUDGMENT

Before the Honorable JACOB P. HART

AND NOW, this   20th   day of   January, 2015 , in accordance with the jury verdict,

IT IS ORDERED that Judgment be and the same is hereby entered in favor of Plaintiff, Felice Immordino, and against Defendant, Bucks County Community College, in the amount of Eighty-three Thousand ($83,000.00) Dollars.

BY THE COURT

ATTEST:

/s/Deborah Stevenson

Deputy Clerk

Civ 1 (8/80)