IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FELICE IMMORDINO | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BUCKS COUNTY COMMUNITY COLLEGE | : | NO. 14-1736 |

<u>ORDER OF JUDGMENT</u>

AND NOW, this    18th    day of March, 2015, I hereby ENTER JUDGMENT in the above-captioned case in the amount of $218,880.05, representing the $83,000.00 jury award, and an attorney's fee of $135,880.05, awarded under 42 USC § 1988(b).

BY THE COURT

/s/Jacob P. Hart
_____
JACOB P. HART
UNITED STATES MAGISTRATE JUDGE